IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JALANI GOINS,

      Petitioner,                    No. CIV S-09-1299 EFB P

    vs.

M. MCDONALD,

      Respondent.           <u>ORDER</u>

_____/

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number;

////
////
////
////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: May 19, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE